JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SILVIA GARCIA,

                              Plaintiff,

          v.

THE PICTSWEET COMPANY,

                              Defendant.

Case No. 2:24-cv-09813-CV (PVCx)

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION**

**[DOC. # 36]**

On March 4, 2026, Plaintiff Silvia Garcia ("Plaintiff") and Defendant The Pictsweet Company (collectively, the "Parties") filed a Joint Stipulation for Dismissal of Entire Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii). Doc. # 36 ("Stipulation"). The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1.  Plaintiff's individual claims are **DISMISSED WITH PREJUDICE**;

2.  The claims of the putative class are **DISMISSED WITHOUT PREJUDICE**;

3.  All pending matters are hereby **TERMINATED**.

4.  The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: 6/15/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1